Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BROWN,<br><br>         Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for the Four Season Hotels Employee Benefits Plan, a Pennsylvania Corporation,<br><br>         Defendant. | CASE NO.: 2:12-cv-02087-LDG-PAL<br><br><br>**JUDGMENT** |

Pursuant to the Order of this Court dated March 18, 2014 [docket 24], Plaintiff KIMBERLY BROWN and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA hereby jointly submit a proposed judgment as follows:

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Judgment on the Pleadings and Administrative Record is DENIED.  Plaintiff's Rule 52 Motion for Judgment on the Pleadings and Administrative Record is GRANTED.

IT IS FURTHER ORDERED that the parties will confer to determine if they are able to agree upon further relief related to this Judgment, as requested in Plaintiff's Complaint, including the amount of past benefits, past interest, costs, and attorney's fees.  Within 14 days

/ / / /

/ / / /

/ / / /

/ / / /

of the entry of this proposed judgment, the parties will submit further papers to the Court setting forth any further relief agreed upon by them, and/or Plaintiff will file any appropriate motions related thereto.

DATED this 26th day of March, 2014.

| LEWIS ROCA ROTHGERBER LLP | LAW OFFICE OF JULIE A. MERSCH |
|---|---|
| By: /s/Von S. Heinz<br>VON S. HEINZ<br>Nevada Bar No. 000859<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA | By: /s/ Julie A. Mersch<br>JULIE A. MERSCH, ESQ.<br>Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff<br>KIMBERLY BROWN |

**IT IS SO ORDERED.**

Dated this 27 day of March, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

W:\BROWN.KIM\PLEADINGS\Proposed.Judgment.wpd

2